UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 8 2009

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. |
| JORGE TEXIS-MONTANO JORGE AGUILA-CUAPIO, and SONIA TECUAPACHO-TECUAPACHO | § § § § | H 09 308 |

THE GRAND JURY CHARGES:

### INDICTMENT

### COUNT ONE
### Sex Trafficking Conspiracy
### [18 U.S.C. § 1594(c)]

In or about 2007 through May 4, 2009, in the Southern District of Texas and elsewhere, defendants

**JORGE TEXIS-MONTANO,
JORGE AGUILA-CUAPIO,
AND
SONIA TECUAPACHO-TECUAPACHO,**

along with others known and unknown to the Grand Jury, did knowingly combine, confederate, conspire, and agree with one another and others known and unknown to the grand jury to recruit, entice, harbor, transport, provide and obtain by any means, "G.H.R.", a Mexican female alien under the age of eighteen (18) in and affecting foreign and interstate commerce, knowing "G.H.R." would be caused to

engage in a commercial sex act, as prohibited by Title 18, United States Code, Section 1591.

**All in violation of Title 18, United States Code, Section 1594(c).**

A TRUE BILL
 ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

    TIM JOHNSON
    ACTING UNITED STATES ATTORNEY

By: _____
    RUBEN R. PEREZ
    ASSISTANT UNITED STATES ATTORNEY

By: *Joseph Magliolo*
    JOE MAGLIOLO
    ASSISTANT UNITED STATES ATTORNEY