## SENTENCE DATA SHEET

**DEFENDANT:**  JORGE TEXIS-MONTANO

**CRIMINAL NO:**  H-09-308

**CITIZENSHIP:**  Illegal alien.

**GUILTY PLEA:**  Count One – Sex Trafficking Conspiracy

**SUBSTANCE OF PLEA AGREEMENT:**  Defendant will plead guilty to the Indictment

**COUNT ONE:**  Conspiracy to commit offense (namely Sex Trafficking-Title 18 U.S.C. §1591) in violation of Title 18, United States Code, Section 1594(c).

**ELEMENTS:**  Sex Trafficking Conspiracy

*First:* An agreement or confederation between two or more persons

*Second:* To commit any offense against the United States, in this case, 18 U.S.C. § 1591,

The elements of section 1591 are that:
(1) the defendant knowingly recruited, enticed, harbored, transported, provided, or obtained a person;
(2) the recruiting, enticing, transportation, provision or obtaining of a person affected interstate commerce;
(3) the defendant knew that the person would be caused to engage in a commercial sex act, and
(4) that the person was under 18 years of age.

*Third:* And, one or more persons, does any act to effect the object of the conspiracy

**PENALTY:**  Not more than Life imprisonment and/or a fine of not more than $250,000.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:**  Not Applicable.

| | |
|---|---|
| **SENTENCING GUIDELINES:** | Advisory. |
| **SUPERVISED RELEASE:** | Five years supervised release |
| **SPECIAL ASSESSMENT:** | $100. |
| **ATTACHMENT:** | Not applicable. |