## SENTENCE DATA SHEET

| | |
|---|---|
| **DEFENDANT:** | JORGE TEXIS-MONTANO |
| **CRIMINAL NO:** | H-09-308 |
| **CITIZENSHIP:** | Illegal alien. |
| **GUILTY PLEA:** | Count One – Sex Trafficking Conspiracy |
| **SUBSTANCE OF PLEA AGREEMENT:** | Defendant will plead guilty to the Indictment |
| **COUNT ONE:** | Conspiracy to commit offense (namely Sex Trafficking-Title 18 U.S.C. §1591) in violation of Title 18, United States Code, Section 1594(c). |
| **ELEMENTS:** | Sex Trafficking Conspiracy |

*First:* An agreement or confederation between two or more persons

*Second:* To commit any offense against the United States, in this case, 18 U.S.C. § 1591,

The elements of section 1591 are that:
(1) the defendant knowingly recruited, enticed, harbored, transported, provided, or obtained a person;
(2) the recruiting, enticing, transportation, provision or obtaining of a person affected interstate commerce;
(3) the defendant knew that the person would be caused to engage in a commercial sex act, and
(4) that the person was under 18 years of age.

*Third:* And, one or more persons, does any act to effect the object of the conspiracy

| | |
|---|---|
| **PENALTY:** | Not more than Life imprisonment and/or a fine of not more than $250,000. |
| **ALTERNATIVE FINE BASED ON GAIN OR LOSS:** | Not Applicable. |

| | |
|---|---|
| **SENTENCING GUIDELINES:** | Advisory. |
| **SUPERVISED RELEASE:** | Five years supervised release |
| **SPECIAL ASSESSMENT:** | $100. |
| **ATTACHMENT:** | Not applicable. |

Factual Summary-Jorge Texis-Montano (November 30, 2009)

Houston Police Officers would testify that Jorge Texis-Montano told them that he was a Mexican National who had entered the United States illegally. Texis admitted that he arranged for Jorge Aguila-Cuapio and GRH to be transported illegally into the United States from Mexico on or about February 2009. Texis stated he knew Aguila's intention to bring (GRH) to the United States was to engage her in prostitution. Texis admitted he paid the sum of $5,000 to a human smuggler for the smuggling and transportation of Aguila and GRH from Mexico to Houston, Texas. Texis further stated to the Houston Police Officers in a recorded statement that on April 23, 2009, during the course of the conspiracy, Texis learned that GRH was in fact under the age of 18 years.

GRH would testify that Texis arranged for Aguila and GRH to be smuggled into the United States on or about February 2009. While in the United States, Aguila and GRH lived with Texis who knew they were illegally in the United States and that GRH was under 18 years of age and was being forced by Aguila to engage in prostitution.